# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

MARK HORN

v.

WESCO PROPERTIES, INC

CASE NUMBER: C08-5528RBL

[ √ ] **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Second Amended Complaint is DISMISSED WITHOUT PREJUDICE.

The Motions for Sanctions is DENIED.

The Court DECLINES Supplemental Jurisdiction of State Court Claims.

DATED : January 9, 2009

            BRUCE RIFKIN
*Clerk*

      /s/ Jean Boring
*(By) Deputy Clerk*, Jean Boring